NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENDRA S. VANDERLEE,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3203

---

Petition for review of the Merit Systems Protection Board in No. CH-0353-06-0658-I-2.

---

**ON MOTION**

---

**O R D E R**

Kendra S. VanderLee moves for leave to recaption the United States Postal Service ("USPS") as the respondent. The court notes that the USPS's motion to reform the official caption to name the Merit Systems Protection Board ("Board") as the respondent was granted on October 22, 2014. The court treats VanderLee's motion to recaption as a motion for reconsideration.

Ms. VanderLee's motion appears to raise arguments concerning the merits of the decision of the Merit Systems Protection Board on petition for review. Those arguments belong in her briefs.

The Board moves without opposition for a 14-day extension of time, until November 26, 2014, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for reconsideration is denied.

(2)  The Board's motion for an extension of time is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21